Duane L. Loft*
Email: duane.loft@pallasllp.com
Brianna Hills Simopoulos*
Email: brianna.simopoulos@pallasllp.com
John McAdams*
Email: john.mcadams@pallasllp.com
**PALLAS PARTNERS (US) LLP**
75 Rockefeller Plaza
New York, New York 10019
Tele.: (212) 970-2300

Michelle L. Gearhart, SBN: 263573
Email: gearhart@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
*Mailing Address*: Post Office Box 3835
San Luis Obispo, CA  93403-3835
*Physical Address*: 6633 Bay Laurel Place
Avila Beach, CA  93424
Tele.: (805) 543-0990; Fax: (805) 543-0980

*Pro hac vice application forthcoming*

Counsel for Petitioners

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use In a Foreign Proceeding. | Case No.: _____<br><br>**APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

1

1. FourWorld Event Opportunities, LP and Genesis Emerging Markets Investment Company ("**Petitioners**") respectfully request an order in the form attached hereto permitting Petitioners to obtain limited discovery under 28 U.S.C. § 1782 ("**Section 1782**") in connection with an appraisal proceeding pending before the Grand Court of the Cayman Islands (the "**Appraisal Proceeding**"), to which Petitioners are parties. In support of their application, Petitioners submit a Memorandum of Law and attach the Declarations of Duane Loft, Marc Kish, and Tyler Burtis. Petitioners further state as follows:

2. Petitioners seek the assistance of this Court to obtain discovery from Li (Lily) Dong ("**Respondent**"), who is "found" for purposes of Section 1782 in this District. Petitioners seek only a deposition of Respondent as permitted by the Federal Rules of Civil Procedure and as set forth in the subpoena attached as **Exhibit 1** to the Loft Declaration. As set forth in the accompanying declarations, the discovery cannot be obtained in the underlying Appraisal Proceeding, but the presiding Cayman Islands court will be highly receptive to evidence sought here and assistance from this Court.

3. Section 1782 permits litigants in foreign proceedings to obtain discovery in the United States to assist in the foreign litigation. In particular, Section 1782 states:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made . . . upon the application of any interested person and may direct that the testimony or statement be given, or the document or

    other thing be produced, before a person appointed by the
    court.

4. The statutory requirements of Section 1782 are satisfied here. As explained in the accompanying submissions, (1) the Respondent is "found" in this District because Respondent is domiciled here as well as has substantial or continuous and systematic contacts with the District, (2) the discovery sought is to be used in the Appraisal Proceeding, and (3) Petitioners are "interested person(s)" in that proceeding.

5. This application also meets the discretionary factors of Section 1782, as explained further in the accompanying Memorandum of Law: (1) Respondent is not a party to the foreign proceedings, (2) Cayman courts will be receptive to judicial assistance from a U.S. court, (3) Petitioners are not attempting to circumvent foreign proof-gathering restrictions, and (4) the discovery sought is not intrusive or burdensome. *See Intel Corp. v. Advanced Micro Devices, Inc.,* 542 U.S. 241 (2004).

6. Petitioners therefore respectfully request that this Court expeditiously grant its application for an Order granting Petitioner leave to serve Respondent with the subpoena attached as Exhibit 1 to the Loft Declaration.

WHEREFORE, Petitioners respectfully request that this Court enter an Order:

1. Granting the application for discovery under 28 U.S.C. § 1782;

2. Authorizing Petitioners to take discovery from Respondent, by issuing the proposed subpoena; and

///

///

///

3. Directing Respondent to comply with the subpoena issued in this case in accordance with the Federal Rules of Civil Procedure and the Rules of this Court.

Dated: January 27, 2023

Respectfully submitted,

/s/ *Michelle L. Gearhart*
Michelle L. Gearhart

**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN, LLP**
Michelle L. Gearhart (SBN 263573)
Email: *gearhart@ammcglaw.com*
*Mailing Address*: Post Office Box 3835
San Luis Obispo, CA  93403-3835
*Physical Address*: 6633 Bay Laurel Place
Avila Beach, CA  93424
Tele.: (805) 543-0990
Fax: (805) 543-0980

**PALLAS PARTNERS (US) LLP**
Duane L. Loft*
Email: *duane.loft@pallasllp.com*
Brianna Hills Simopoulos*
Email: *brianna.simopoulos@pallasllp.com*
John McAdams*
Email: *john.mcadams@pallasllp.com*
75 Rockefeller Plaza
New York, New York 10019
Tele.: (212) 970-2300

*Pro hac vice application forthcoming*

*Counsel for Petitioners*

4

**APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING**