**PALLAS PARTNERS (US) LLP**
Duane L. Loft*
Duane.Loft@pallasllp.com
Brianna Hills Simopoulos*
Brianna.Simopoulos@pallasllp.com
John McAdams*
John.McAdams@pallasllp.com
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300

**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
Michelle L. Gearhart
gearhart@ammcglaw.com
6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (805) 543-0990

**Pro hac vice* applications forthcoming

*Counsel for Petitioners*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | **CASE NO. 23-mc-00012**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioners Fourworld Event Opportunities, LP and Genesis Emerging Markets Investment Company hereby discontinues this action against Respondent Lily Dong, with prejudice, and without costs to either party.

Dated: February 24, 2023

By:    /s/ Michelle L. Gearhart

**PALLAS PARTNERS (US) LLP**
Duane L. Loft*
Duane.Loft@pallasllp.com
Brianna Hills Simopoulos*
Brianna.Simopoulos@pallasllp.com
John McAdams*
John.McAdams@pallasllp.com
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300

**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
Michelle L. Gearhart
gearhart@ammcglaw.com
6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (805) 543-0990

*Pro hac vice* applications forthcoming

*Counsel for Petitioners*